A06A1931. SCOUTEN v. AMERISAVE MORTGAGE CORPORATION et al.

(662 SE2d 741)

MIKELL, Judge.

In *Scouten v. Amerisave Mtg. Corp.*,[1] the Supreme Court of Georgia reversed that part of our previous decision in which we affirmed the trial court's grant of appellees' motion to dismiss Scouten's defamation claim.[2] We therefore vacate that portion of our decision and adopt the judgment of the Supreme Court as our own.

*Judgment affirmed in part and reversed in part. Blackburn, P. J., and Adams, J., concur.*

DECIDED MAY 13, 2008.

*David E. Betts*, for appellant.
*Kilpatrick Stockton, Curtis A. Garrett, Jr., Charles M. Smith*, for appellees.

---

[1] 283 Ga. 72 (656 SE2d 820) (2008).
[2] See *Scouten v. Amerisave Mtg. Corp.*, 284 Ga. App. 242, 243 (2) (643 SE2d 759) (2007).